UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH SEIBERT, et al.,<br><br>                          Plaintiffs,<br><br>-against-<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, as receiver for Signature Bank, N.A. and Signature Bridge Bank, N.A.,<br><br>                          Defendant. | 24-CV-427 (JGLC) |
| ELENA OLEYNIKOVA,<br><br>                          Plaintiff,<br><br>-against-<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, as receiver for Signature Bank, N.A. and Signature Bridge Bank, N.A.,<br><br>                          Defendant. | 24-CV-1425 (JGLC) |

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

On January 19, 2024, Plaintiffs Joseph Seibert, David D'Amico, Jason Cahn, Quinn Leahy and Sarmen Saryan filed a Complaint in 24-CV-427 against Defendant the Federal Deposit Insurance Corporation, as receiver for Signature Bank, N.A. and Signature Bridge Bank, N.A. *See* 24-CV-427, ECF No. 1. On February 25, 2024, Plaintiff Elena Oleynikova filed a similar Complaint in 24-CV-1425 against Defendant the Federal Deposit Insurance Corporation, as receiver for Signature Bank, N.A. and Signature Bridge Bank, N.A. *See* 24-CV-1425, ECF No. 1. As of the date of this Order, no motion for consolidation has been filed, but the cases appear to involve common questions of law and fact.

      The Court is inclined to consolidate the cases at this time, pursuant to Rule 42 of the Federal Rules of Civil Procedure, for general pretrial and discovery purposes. Any party who objects to such consolidation shall file a letter brief, not to exceed three single-spaced pages, by **June 4, 2024**. If no party files a letter opposing consolidation, the Court will consolidate the two cases without further notice to the parties.

Dated: May 28, 2024
       New York, New York

                                                    SO ORDERED.

*Jessica Clarke*
JESSICA G. L. CLARKE
United States District Judge