UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH SEIBERT, et al.,<br><br>      Plaintiffs,<br><br> -against-<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, as receiver for Signature Bank, N.A. and Signature Bridge Bank, N.A.,<br><br>      Defendant. | 24-CV-427 (JGLC) |
| ELENA OLEYNIKOVA,<br><br>      Plaintiff,<br><br> -against-<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, as receiver for Signature Bank, N.A. and Signature Bridge Bank, N.A.,<br><br>      Defendant. | 24-CV-1425 (JGLC) |

### ORDER OF DISMISSAL

JESSICA G. L. CLARKE, United States District Judge:

  The Court having been advised at ECF No. 74 that all claims asserted herein by Plaintiff Elena Oleynikova have been settled in principle, it is ORDERED that *Oleynikova v. Federal Deposit Insurance Corporation* (Case No. 24-cv-1425) be and is hereby DISMISSED and discontinued without costs, and without prejudice to the right to reopen the action **within 30 days** of the date of this Order if the settlement is not consummated.

  To be clear, any application to reopen **must** be filed **by the aforementioned deadline**; any application to reopen filed thereafter may be denied solely on that basis.

If the *Oleynikova* parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they **must** submit the settlement agreement to the Court by the deadline to reopen to be "so ordered" by the Court. Per Section 6(a) of the Court's Individual Rules and Practices for Civil Cases, unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

Any pending motions are moot, and all conferences are canceled in the *Oleynikova* action. All motions, deadlines, and conferences scheduled in *Seibert v. Federal Deposit Insurance Corporation* (Case No. 24-CV-427) remain unchanged as to the *Seibert* parties. The Clerk of Court is directed to terminate ECF No. 74, docket this order in the instant action (Case No. 24-cv-427) and its consolidated counterpart (Case No. 24-cv-1425), and CLOSE the *Oleynikova* case.

Dated: October 22, 2025
New York, New York

SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge