

# MEMO ENDORSED

January 13, 2026

**BY ELECTRONIC FILING**

Hon. Jessica G.L. Clarke
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *Seibert, et al. v. Federal Deposit Ins. Co. as Receiver for Signature Bank, N.A., et al.*, **Case No. 24-cv-00427 (JGLC)**

Dear Judge Clarke:

On behalf of Plaintiffs in this action, I write for the second time, pursuant to Local Rule 37.2 and Section 4(k) of this Court's Individual Practices, to request a pre-motion conference on the continued failure of non-party Flagstar Bank, N.A. ("Flagstar") to comply with Plaintiffs' subpoena.

For brief background, Flagstar accepted service of Plaintiffs' subpoena *ad testificandum* and *duces tecum* on September 16, 2025. Counsel for Plaintiffs then spoke with in-house counsel, and later, external counsel for Flagstar regarding the appropriate scope of discovery. When Flagstar failed to produce any documents prior to the close of fact discovery in November 2025, Plaintiffs sought to schedule a pre-motion conference to compel Flagstar's compliance. (ECF No. 79.) The Court denied Plaintiffs' request (ECF No. 90) but discussed the issue with the parties at the scheduled Case Management Conference on December 11, 2025.

At that conference, the undersigned reported on Plaintiffs' ongoing discussions with Flagstar's outside counsel, and that Flagstar was targeting a production of responsive documents by the end of 2025/early January, with a Rule 30(b)(6) deposition to proceed soon thereafter. The Court then extended the deadline for the completion of fact discovery from Flagstar to January 16, 2026 (Minute Entry dated December 11, 2025). The Court, that same day, referred this case to Magistrate Judge Lehrburger for settlement purposes, and a settlement conference is currently set for February 17, 2026. (ECF No. 84.)

Plaintiffs continued to confer with Flagstar in good faith and indicated that the documents they were most interested in receiving were emails involving former Flagstar CEO Thomas

JOSEPH GALLAGHER    JGALLAGHER@HS-LAW.COM    DIRECT (917) 512-9464

HS-LAW.COM   MAIN (212) 397-3370 | FAX (212) 202-6206 | 40 WALL STREET, 53RD FLOOR, NEW YORK, NY 10005

Hon. Jessica G.L. Clarke
Page 2 of 2
January 13, 2026

Cangemi sent or received during the week following the FDIC's takeover of Signature Bank (and the attendant creation of Signature Bridge Bank). The undersigned emailed Flagstar's counsel on January 5, 2026 to inquire about the status of discovery since the Bank had not yet produced a single document. On January 6, 2026, Flagstar's counsel indicated that it was still working on the production, but would provide a more detailed response following day. Counsel briefly spoke on the phone, and Plaintiffs renewed their request for Mr. Cangemi's documents.

On January 7th, Flagstar proposed a date for a Rule 30(b)(6) deposition—but failed to produce documents. On Friday, January 9th, Flagstar indicated that Plaintiffs would receive its production of documents by "Monday [January 12th] at the latest."

However, on Monday afternoon, counsel for Flagstar wrote to say that it "needs additional time to make its document production," and proposed several dates next week for a Rule 30(b)(6) deposition. In other words, after having Plaintiffs' subpoena for *four months*, and agreeing to produce documents in response, Flagstar has not yet produced a *single document* to Plaintiffs.

Plaintiffs have at all stages proceeded in good faith and with an eye towards collaboration with Flagstar, but Flagstar's delays have become intolerable and are unfairly holding up the conclusion of fact discovery. Plaintiffs renew their request for a pre-motion conference to address Flagstar's continued disregard of its discovery obligations, and reserve all rights to seek additional relief from Flagstar due to its improper conduct.

We shall email Roxanne Tashjian, Esq., counsel for Flagstar, a copy of this letter.

Respectfully Submitted,

*/s/ Joseph Gallagher*

CC:     All Counsel of Record (via CM/ECF)
        Roxanne Tashjian, Esq. (rtashjian@cullenllp.com)

Counsel for Plaintiffs and Flagstar, Inc. are directed to appear for a case management conference on **January 16, 2026, at 11:00 AM**. The conference will be held remotely by Microsoft Teams. Counsel will receive Microsoft Teams log-in credentials at the email addresses listed on the docket. The public listen-only line may be accessed by dialing: 646-453-4442 | Access Code: 434341326#. Counsel for Plaintiffs is directed to serve this Order on counsel for Flagstar by today, January 14, 2026, and file proof of service on the docket. The Clerk of Court is directed to terminate ECF No. 85.

SO ORDERED.

Dated: January 14, 2026
        White Plains, New York

JESSICA G. L. CLARKE
United States District Judge