UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH SEIBERT, et al.,

                        Plaintiffs,

        -against-                                          24-CV-427 (JGLC)

FEDERAL DEPOSIT INSURANCE CORPORATION          **ORDER OF DISMISSAL**
as Receiver for Signature Bridge Bank, N.A.,

                        Defendant.

JESSICA G. L. CLARKE, United States District Judge:

        The Court having been advised that all claims asserted herein have been settled in
principle, it is ORDERED that the above-entitled action be and is hereby DISMISSED and
discontinued without costs, and without prejudice to the right to reopen the action **within 60
days** of the date of this Order if the settlement is not consummated.

        To be clear, any application to reopen **must** be filed **by the aforementioned deadline**;
any application to reopen filed thereafter may be denied solely on that basis. **Further, requests
to extend the deadline to reopen are unlikely to be granted.**

        If the parties wish for the Court to retain jurisdiction for the purposes of enforcing any
settlement agreement, they **must** submit the settlement agreement to the Court by the deadline to
reopen to be "so ordered" by the Court. Per Section 6(a) of the Court's Individual Rules and
Practices for Civil Cases, unless the Court orders otherwise, the Court will not retain jurisdiction
to enforce a settlement agreement unless it is made part of the public record.

        Any pending motions are moot. All conferences are cancelled. The Clerk of Court is
directed to CLOSE the case.

Dated:  March 5, 2026
        White Plains, New York

                                                SO ORDERED.

                                                _Jessica Clarke_
                                                _____

                                                JESSICA G. L. CLARKE
                                                United States District Judge